# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE SUE MITCHELL, | Case No. SACV20-1186 GJS |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: June 1, 2021

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE